CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

DARIN S. SNYDER (SBN: 136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Ctr., 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Attorneys for Defendant
Rose's Brewing Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff,<br><br>  v.<br><br>ROSE'S BREWING COMPANY, INC., a California Corporation<br><br>    Defendants. | Case: 3:21-cv-03338-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 16, 2021   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 16, 2021   O'MELVENY & MYERS LLP

By: /s/ Darin S. Snyder
    Darin S. Snyder
    Attorneys for Defendant
    Rose's Brewing Company, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Darin S. Snyder, counsel for Rose's Brewing Company, Inc., and that I have obtained Mr. Snyder's authorization to affix his electronic signature to this document.

Dated: September 16, 2021       CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff